IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CASE NO.: 3:21-cr-60-DMB-RP |
| ANTHONY LAVELL AILSWORTH | DEFENDANT |

### ORDER ON BOND REVOCATION FOR FAILURE TO APPEAR

The defendant, Anthony Lavell Ailsworth, appeared this day before the undersigned for a bond revocation proceeding for failure to appear in this court on April 28, 2025, at 9:00 a.m., as ordered by the United States District Court for the Western District of Tennessee, in which district the defendant was arrested pursuant to an arrest warrant issued by this court. The Court, having considered the testimony from the witnesses and arguments of counsel finds that there was not sufficient evidence to prove that the defendant was aware of his court appearance in this court on April 28, 2025, at 9:00 a.m.

**THEREFORE,** it is hereby **ORDERED,** that the defendant Anthony Lavell Ailsworth is hereby ordered released under the same terms and conditions previously imposed by the court pending further proceedings on Petition for Violation of Supervised Release before District Judge Debra M. Brown.

**THIS,** the 12th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE